# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

UNITED STATES OF AMERICA

v.                                                      CAUSE NO.: HCR 90-27 (2:90-CR-27-TLS)

RONALD L. MORSE a/k/a LORD
LEBARON C. PENNDERGRASS

## OPINION AND ORDER

This matter is before the Court on a letter filed by Defendant [ECF No. 1], requesting information he needs to file a motion for compassionate release.

Mr. Morse pled guilty to a single count Indictment for Bank Robbery with the Use of a Dangerous Weapon, in violation of 18 U.S.C. § 2113(a)(d), and was sentenced in this court by the Honorable Rudy Lozano on August 23, 1990 to a term of imprisonment of 78 months, to be followed by a term of supervised release of 5 years. J. Including Sentence Under the Sentencing Reform Act at 1–4, ECF No. 2. At the time, Mr. Morse was 49 years old.

Mr. Morse was also indicted in the United States District Court for the Western District of Michigan in early 1990 for eight (8) counts of Bank Robbery and Use of a Firearm During Commission of Bank Robbery, under the caption of United States v. Ronald Lee Morse, a/k/a Lord Lebaron C. Penndergrass, 1:90-CR-29-1. Superseding Indictment at 1–8, ECF No. 4. Mr. Morse proceeded to a five-day jury trial in December 1990, and was found guilty on all counts. Criminal Docket at 3, ECF No. 5. The Hon. Douglas W. Hillman sentenced Mr. Morse on February 14, 1991 as to Counts 1, 3, 5, and 7 to 132 months of imprisonment as to each count to run concurrently; as to Counts 2, 4, 6, and 8 to 5 years of imprisonment on each count to run consecutively to each other and consecutively to the term of imprisonment imposed on counts 1,

3, 5, and 7, to be followed by a term of supervised release of 3 years as to each count to run concurrently. *Id.* Mr. Morse's conviction was affirmed on appeal by the United States Court of Appeals for the Sixth Circuit on November 27, 1991. *Id.* at 4.

This Court has requested a copy of the original paper docket of Mr. Morse's case in the Northern District of Indiana from the National Archives and Records Administration, the anticipated date of receipt of which is unknown given the impact of the COVID-19 pandemic on the court and other governmental systems.

Given the chronology of events involving Mr. Morse's federal convictions in Indiana and Michigan, and the information currently available to this court, it appears that Mr. Morse completed his initial sentence from the Northern District of Indiana in the mid-1990's, and has since been serving his subsequent sentence from the Western District of Michigan. For this reason, it is suggested that any Motion for Compassionate Release be filed by Mr. Morse with the United States District Court for the Western District of Michigan. The Clerk of court is to note on the docket Mr. Morse's BOP No. 02868-027 and his address at FCI Elkton, P.O. Box 10, Lisbon, Ohio 44432, and forward to him a copy of this Opinion and Order.

SO ORDERED on May 7, 2020.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT